IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| C.M. by and through J.M., & J.M. | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Case No: 5:22-cv-00071-TES-CHW |
| | : |
| BUTTS COUNTY SCHOOL DISTRICT, | : |
| | : |
| Defendant. | : |

## ORDER

The above-styled case is an appeal of an administrative decision under the Individual with Disabilities Education Act pursuant to 20 U.S.C. § 1415(i). The administrative record was prepared by the Office of State Administrative Hearings (OSAH) and filed with the Court on July 7, 2022. (Doc. 12). The Court entered a scheduling order which states that Plaintiffs have 90 days from the administrative record being filed to submit their motion for judgment. (Doc. 9, p. 4). Plaintiffs now contend that the record is incomplete because several pages are missing, that they are entitled to a complete record, and that they need a complete record to pursue their appeal. (Doc. 13, ¶¶ 3-5). Based upon the incomplete record, Plaintiffs filed a motion requesting an order directing that the complete administrative record be filed and staying the briefing schedule until it is filed. (Doc. 13). Defendant does not object to supplementing the record but argues that Plaintiffs' motion should be denied because the missing pages are from Plaintiffs' own exhibits and the motion to supplement is untimely. (Doc. 14). Instead of requiring OSAH to resubmit the record, Defendant suggests that Plaintiffs supplement the record with the missing pages. (*Id*, p. 2).

Plaintiff's motion (Doc. 13) is **GRANTED**. OSAH has the responsibility to submit the administrative record to the Court. That record should be complete and accurate, and the parties

1

agree that pages are missing from the record as filed with the Court. <u>The Court hereby directs that the complete administrative record be corrected and resubmitted to this Court by November 29, 2022</u>. The briefing timeline from the scheduling order (Doc. 9, p. 4) is stayed. The schedule will resume upon the filing of the corrected administrative record, and Plaintiffs shall have 45 days to submit their motion for judgment from the date the corrected administrative record is filed. The remainder of the scheduling order will then proceed unchanged.

      **SO ORDERED**, this 30th day of September, 2022.

<u>s/ Charles H. Weigle</u><br>
Charles H. Weigle<br>
United States Magistrate Judge